# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: **16-50865** |
| **SETH TYLER OVERCASH** | ) |
| | ) ALAN M. KOSCHIK |
| Debtor(s) | ) BANKRUPTCY JUDGE |
| | ) |
| | ) TRANSMITTAL OF UNCLAIMED |
| | ) FUNDS |

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **SETH TYLER OVERCASH**
   **Check 217361**
   **Claim #999**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$1952.91** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **11/14/2017**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**SETH TYLER OVERCASH**
**7414 RIVER STYX ROAD**
**MEDINA, OH 44256**
**(Via Regular Mail)**

**LAWRENCE J COURTNEY (via ECF)**

**SETH TYLER OVERCASH**
**7414 RIVER STYX ROAD**
**MEDINA, OH 44256**
**(via Regular Mail)**

Date of Service: **11/14/2017**     By: **Natalie Everly**
                                    Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072